IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CENTRAL LABORERS' PENSION,**
**WELFARE AND ANNUITY FUNDS,**

**Plaintiffs,**

**v.**

**BLAND'S SEWER & WATER, INC.,**
**And DANNY J. BLAND, individually,**

**Defendants.**                                                    **No. 09-553-DRH**

### ORDER

**HERNDON, Chief Judge:**

      Before the Court is Plaintiffs' Motion for Extension of Time to File Response to Defendant's, Bland's Sewer and Water, Inc., Motion for Summary Judgment as to Count I of Plaintiffs' Complaint (Doc. 37) and Plaintiffs' Motion for Extension of Time to File Response to Defendant's, Danny J. Bland, Motion for Summary Judgment as to Count III of Plaintiff's Complaint (Doc. 38). Both motions ask that Plaintiffs be granted an extension of time up to and including November 29, 2010 in order to file responses to Defendants' motions for summary judgment (Docs. 31 & 32). Based on the reasons stated in the motions, the Court **GRANTS** Plaintiffs' Motions for Extension of Time (Docs. 37 & 38). Plaintiffs will have up to and

including **November 29, 2010** in which to file a Response to Defendants' Motions.

    **IT IS SO ORDERED.**

Signed this 24th day of November, 2010.

                                         David R. Herndon
                                         2010.11.24
                                         13:59:38 -06'00'

                                  **Chief Judge**
                                  **United States District Court**