IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CENTRAL LABORERS' PENSION**
**WELFARE & ANNUITY FUNDS,**

        **Plaintiffs,**

  -vs-

**BLAND'S SEWER & WATER, INC.,**
**and DANNY J. BLAND, individually,**

        **Defendants.**                    NO. 09-CV-553-DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the notice of acceptance of the defendant's Offer of Judgment filed with this Court on August 15, 2012, judgment is hereby entered in favor of the plaintiff, **CENTRAL LABORERS' PENSION WELFARE & ANNUITY FUNDS,** and against the defendants, **BLAND'S SEWER & WATER, INC., and DANNY J. BLAND, individually**, in the amount of $5,111.57 ($4,250.97 in liquidated damages from January 2008 to date, $123.27 in unpaid contributions, $12.33 in liquidated damages, and $725.00 in audit costs), plus costs accrued in this action to date.  This case is **DISMISSED**  with prejudice.

                                          NANCY J. ROSENSTENGEL,
                                          **CLERK OF COURT**


                            **BY:**      /s/*Sandy Pannier*
                                            **Deputy Clerk**

Dated: August 15, 2012

Digitally signed by David R. Herndon
Date: 2012.08.15 09:51:43 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT